UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 08-60148-CIV-JORDAN

| | |
|---|---|
| MARVIN CARTER | ) |
|     Plaintiff | ) |
| vs. | ) |
| AL LAMBERTIN, et al. | ) |
|     Defendants | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION IN PART AND CLOSING CASE**

The report and recommendation of Magistrate Judge Patrick White [D.E. 10], which is before me without objection, is RATIFIED AND ADOPTED IN PART. Magistrate Judge White recommends that this *in forma pauperis* action be dismissed on the basis of *res judicata* because this action contains claims that were brought in Case No. 08-60337-Civ-Altonaga.

The doctrine of res judicata does not apply to this case as no final judgment has been entered against Mr. Carter in the case before Judge Altonaga. But I agree with Magistrate Judge White that this case should be dismissed without prejudice to allow Mr. Carter to proceed in Case No. 08-60337-Civ-Altonaga. Mr. Carter "is not permitted to have two identical complaints pending with this Court." *See Marsh v. Florida Dept. of Corrections*, 2007 WL 3342926, * 1 (M.D.Fla. Nov. 9, 2007) (dismissing action as duplicative). *See also Van Meter v. Morgan*, 518 F.2d 366, 368 (8th Cir. 1975)(affirming dismissal of duplicative IFP action). Mr. Carter's complaint in Case No. 08-60337-Civ-Altonaga was dismissed, but he was granted leave to amend his complaint. As such, that case is still pending, and this action is duplicative.

Accordingly, this action is dismissed without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

DONE and ORDERED in chambers in Miami, Florida, this 13th day of June, 2008.

                                                                                              _____
                                                                                              Adalberto Jordan
                                                                                            United States District Judge

Copy to:      Magistrate Judge White
                 All counsel of record